## RUTH A. DEMMER v. CLARENCE M. DEMMER

20 So. (2nd) 653    .    January Term, 1945
January 16, 1945    `    Division A
Rehearing denied February 12, 1945

*M. G. Rowe,* for appellant.

*Jordan B. Peck,* for appellee.

PER CURIAM:

No error appearing in the decree appealed from, the same is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD, and ADAMS, JJ., concur.